IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSE ANTONIO RAMOS, )
        Petitioner, )
         ) Civil Action No. 10-31 Erie
    v. )
JEROME WALSH, et al., )
        Respondents. )

## **MEMORANDUM ORDER**

This habeas corpus action was received by the Clerk of Court on February 3, 2010, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 28], filed on May 10, 2010, recommended that Petitioner's "motion to transfer", which the Court construed as a request for injunctive relief [Doc. No. 23] be denied. The parties were allowed fourteen (14) days from the date of service to file objections and service was made on Petitioner by certified mail and on Respondents. Objections were filed by Petitioner on May 19, 2010 [Doc. No. 33] and May 28, 2010 [Doc. No. 34]. After de novo review of the motion, documents in the case, and transcripts of the proceedings in this case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 25th day of June, 2010;

IT IS HEREBY ORDERED that the Petitioner's Request for Transfer and injunctive relief [Doc. No. 23] is DENIED.

The Report and Recommendation [Doc. No. 28] of Magistrate Judge Baxter, filed on May 10, 2010, is adopted as the opinion of the Court.

                                      s/   Sean J. McLaughlin
                                             United States District Judge

cm: All parties of record
    Susan Paradise Baxter, U.S. Magistrate Judge