## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE ANTONIO RAMOS, ) | |
| Petitioner, ) | |
| ) | Civil Action No. 10-31 Erie |
| v. ) | |
| JEROME WALSH, et al., ) | |
| Respondents. ) | |

### **ORDER**

Presently pending before the Court is the Petitioner's "Motion for Objection to the Magistrate Judge's Report and Recommendation" [Doc. No. 46], which the Court has construed as an Appeal of the Magistrate Judge's Order dated October 12, 2010 [Doc. No. 43] directing him to file an amended petition. In his Appeal, the Petitioner objects to the Magistrate Judge's Order and requests that the Court accept his "current amended petition" set forth at [Doc. No. 22] as his amended petition.

On November 1, 2010, the Magistrate Judge vacated her Order dated October 12, 2010 in light of the Petitioner's request [Doc. No. 47]. Accordingly, the Petitioner's Appeal of the Magistrate Judge's Order dated October 12, 2010 is now moot.

AND NOW, this 3rd day of November, 2010;

IT IS HEREBY ORDERED that the "Motion for Objection to the Magistrate Judge's Report and Recommendation" [Doc. No. 46] is DISMISSED as moot.

                                                 s/ Sean J. McLaughlin
                                                        United States District Judge

cm:    All parties of record
         Susan Paradise Baxter, U.S. Magistrate Judge